**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OLGA BORREGO and FERNANDO BORREGO,

        Plaintiffs,

v.                                Case No:   6:22-cv-483-CEM-LHP

GEOVERA SPECIALTY INSURANCE COMPANY,

        Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   GEOVERA'S MOTION FOR ENTITLEMENT TO FEES AND TO TAX COSTS (Doc. No. 50)
>
> **FILED:**   January 4, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant moves for entitlement to attorneys' fees and costs pursuant to Fla. Stat. § 768.79, Fed. R. Civ. P. 54(d), Fla. R. Civ. P. 1.442, and Local Rule 7.01.  Doc. No. 50.  According to the Local Rule 3.01(g) certification, defense counsel

"attempted to confer with [Plaintiffs], who are *pro se*, via both telephone and email on 1/4/24, but has not been able to reach them or receive a response." *Id.* at 10. Defendant has not supplemented the motion pursuant to Local Rule 3.01(g)(3), however. *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice). Accordingly, the above-styled motion (Doc. No. 50) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties